## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

SAVERIO PUGLIESE, On Behalf of Himself and )
All Others Similarly Situated, )

         Plaintiff, )

    vs. )       Case No.  04-10612-DPW

SONUS NETWORKS, INC.,  HASSAN M. AHMED, )
and STEPHEN J. NILL, )

        Defendants. )
_____)

### NOTICE OF APPEARANCE

      Please enter the appearance of Gregory F. Noonan, Joel B. Kemp, and Daniel Gold, Hale

and Dorr LLP, on behalf of Defendant Sonus Networks, Inc.


               Respectfully Submitted,

               SONUS NETWORKS, INC.

               By its attorneys,


               /s/ Gregory F. Noonan_____
               Jeffrey B. Rudman (BBO #433380)
               James W. Prendergast (BBO #553073)
               Daniel W. Halston (BBO #548692)
               Gregory F. Noonan (BBO #651035)
               Hale and Dorr LLP
               60 State Street
               Boston, MA 02109
               (617) 526-6000

Dated: April 15, 2004

CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

Jeffrey C. Block
Michael T. Matraia
Shannon L. Hopkins
Berman, DeValerio, Pease, Tabacco,
Burt & Pucillo
One Liberty Square
Boston, MA 02109

Richard A. Speirs
Shaye J. Fuchs
Zwerling, Schachter & Zwerling LLP
845 Third Avenue, Sixth Floor
New York, NY 10022

/s/ Gregory F. Noonan_____
Gregory F. Noonan

Dated:  April 15, 2004

- 2 -