# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAVERIO PUGLIESE, on behalf of himself and all others similarly situated, ) ) ) ) | Civ. Action No. 04-10612 DPW |
| Plaintiff, ) ) | |
| v. ) ) | |
| SONUS NETWORKS, INC., HASSAN M. AHMED, and STEPHEN J. NILL, ) ) ) ) | |
| Defendants. ) | |

## STIPULATION AS TO ACCEPTANCE OF SERVICE AND SCHEDULING

WHEREAS, on March 30, 2004, plaintiff Saverio Pugliese filed *Saverio Pugliese, On Behalf of Himself and All Others Similarly Situated v. Sonus Networks, Inc., Hassan M. Ahmed, and Stephen J. Nill*, Civil Action No. 04-10612, DPW (D. Mass.) (the "Pugliese Complaint"), a putative class action complaint alleging securities fraud under the Exchange Act; and

WHEREAS, Plaintiff filed a motion to consolidate the Pugliese Complaint with all other existing similar actions and later-filed similar actions,[1] and pursuant to the Private Securities Litigation Reform Act of 1995 (the "Reform Act"), moved for the appointment of a Lead Plaintiff and approval of the retention of Lead Plaintiff's counsel;

---

[1] A current list of these existing and later-filed similar actions is attached as Exhibit A hereto.

THEREFORE IT IS HEREBY STIPULATED AND AGREED by the parties that:

1. Service of the Pugliese Complaint is accepted by each of the undersigned Defendants, as of the date hereof or the date of personal service upon the Defendants, whichever is earlier;

2. Defendants need not respond to the Pugliese Complaint, but shall respond to an Amended Consolidated Complaint no later than 45 days after such Amended Consolidated Complaint is served upon Defendants by the Lead Plaintiff, to be appointed by the Court in order to consolidate the Pugliese Complaint with all other existing similar actions and later-filed similar actions in accordance with Section 21D(a)(3) of the Securities Exchange Act of 1934.  In the event that the Motion to Consolidate is denied, Defendants shall respond to the Pugliese Complaint no later than 45 days after such denial;

3. In the event that any deadline herein falls on a weekend or holiday, that deadline shall be extended to following business day; and

4.  After appointment of a Lead Plaintiff pursuant to the Reform Act, service on lead counsel for such plaintiff shall satisfy Defendants' service obligations.

**SAVERIO PUGLIESE,** On Behalf of Himself and All Others Similarly Situated,

By his attorneys,

/s/ Jeffrey C. Block (by permission GFN)
Jeffrey C. Block (BBO #600747)
Michael T. Matraia (BBO #633049)
Shannon L. Hopkins (BBO #657485)
**Berman Devalerio Pease Tabacco Burt & Pucillo**
One Liberty Square
Boston, MA 02109
(617) 542-8300

**Zwerling, Schachter & Zwerling, LLP**
Richard A. Speirs
Shaye J. Fuchs
845 Third Avenue, Sixth Floor
New York, NY 10022
(212) 223-3900

**SONUS NETWORKS, INC**.

By their attorneys,

/s/ Gregory F. Noonan
Jeffrey B. Rudman (BBO #433380)
James W. Prendergast (BBO #553073)
Daniel W. Halston (BBO #548692)
**Hale and Dorr LLP**
60 State Street
Boston, MA 02109
(617) 526-6000

**HASSAN M. AHMED**

By his attorneys,


/s/ Robert S. Frank, Jr. (by permission GFN)
Robert S. Frank Jr. (BBO #177240)
John R. Baraniak Jr. (BBO #552259)
**Choate Hall & Stewart**
Exchange Place Building
53 State Street
Boston, MA 02109
(617) 248-5000

**STEPHEN J. NILL**

By his attorneys,


/s/ Thomas J. Dougherty (by permission GFN)
Thomas J. Dougherty (BBO #132300)
Matthew J. Matule (BBO #632075)
**Skadden, Arps, Slate, Meagher & Flom LLP**
One Beacon Street
Boston, MA 02108
(617) 573-4800


Dated: April 23, 2004

# EXHIBIT A

1. <u>Deborah Chin, Individually and On Behalf of All Others Similarly Situated v. Sonus Networks, Inc., Hassan Ahmed, PH.D., Stephen Nill</u>, C.A. No. 04-10294, DPW (D. Mass.)

2. <u>Richard Curtis, Individually and On Behalf of All Others Similarly Situated v. Sonus Networks, Inc., Hassan Ahmed, PH.D., and Stephen Nill</u>, C.A. No. 04-10314, MLW (D. Mass.)

3. <u>Samantha Den, Individually and On Behalf of All Others Similarly Situated v. Sonus Networks, Inc., Hassan H. Ahmed, Stephen J. Nill</u>, C.A. No. 04-10310, DPW (D. Mass.)

4. <u>Peter Kaltman, On Behalf of Himself and All Others Similarly Situated v. Sonus Networks, Inc., Ruben Gruber, Hassan Ahmed and Stephen Nill</u>, C.A. No. 04-10309, DPW (D. Mass.)

5. <u>Information Dynamics, LLC, On Behalf of Itself and All Others Similarly Situated v. Sonus Networks, Inc., Paul R. Jones, Edward N. Harris, J. Michael O'Hara, Hassan M. Ahmed and Stephen J. Nill</u>, CA. No. 04-10308, DPW (D. Mass.)

6. <u>Michelle Trebitsch, On Behalf Of Herself and All Others Similarly Situated v. Sonus Networks, Inc., Hassan M. Ahmed, Stephen J. Nill</u>, C.A. 04-10307, DPW (D. Mass.)

7. <u>Steve L. Baker, Individually and On Behalf of All Others Similarly Situated v. Sonus Networks, Inc., Hassan M. Ahmed, Stephen J. Nill</u>, C.A. 04-10332, DPW (D. Mass.)

8. <u>Haiming Hu, Individually and On Behalf Of All Others Similarly Situated v. Sonus Networks, Inc., Hassan M. Ahmed, Stephen J. Nill</u>, C.A. No. 04-10346, DPW (D. Mass.)

9. <u>Samuel Ho, Individually and On Behalf Of All Others Similarly Situated v. Sonus Networks, Inc, Hassan M. Ahmed, Stephen J. Nill</u>, C.A. No. 04-10363, DPW (D. Mass.)

10. <u>Ronald Kassover, On Behalf of The Ronald Kassover IRA and All Others Similarly Situated v. Sonus Networks, Inc., Hassan M. Ahmed, Stephen J. Nill</u>, C.A. No. 04-10329, DPW (D. Mass.)

11. <u>Michael Kaffee, Individually and On Behalf of All Others Similarly Situated v. Sonus Networks, Inc., Hassan M. Ahmed, Stephen J. Nill</u>, C.A. 04-10345, DPW (D. Mass.)

12. <u>Wheaton Electrical Services Retirement 401K Profit Sharing Plan, On Behalf of Itself and All Others Similarly Situated v. Sonus Networks, Inc., Hassan M. Ahmed, Stephen J. Nill</u>, C.A. No. 04-10383, DPW (D. Mass.)

13. <u>Charles Starbuck, Individually and On Behalf of All Others Similarly Situated v. Sonus Networks, Inc., Hassan Ahmed, PH.D., Stephen Nill</u>, C.A. No. 04-10362, DPW (D. Mass.)

14. <u>Robert Conte and Mark Respler, Themselves and On Behalf of All Others Similarly Situated v. Sonus, Hassan Ahmed, PH.D., Stephen Nill</u>, C.A. No. 04-10382, DPW (D. Mass.)

15. <u>Jeffrey C. Rodrigues, Individually and on Behalf of All Others Similarly Situated v. Sonus Networks, Inc., Hassan M. Ahmed, Stephen J. Nill</u>, C.A. No. 04-10364, DPW (D. Mass.)

16. <u>Brian Clark, Individually and on Behalf of All Others Similarly Situated v. Sonus Networks, Inc., Paul R. Jones, J. Michael O'Hara, Hassan M. Ahmed and Stephen J. Nill</u>, C.A. No. 04-10454, DPW (D. Mass.)

17. <u>Saverio Pugliese, On Behalf of Himself and All Others Similarly Situated v. Sonus Networks, Inc., Hassan M. Ahmed, and Stephen J. Nill</u>, C.A. No. 04-10612, DPW (D. Mass.)

18. <u>David Nocito, On Behalf of All Others Similarly Situated v. Sonus Networks, Inc., Hassan M. Ahmed, and Stephen J. Nill</u>, C.A. No. 04-10623, DPW (D. Mass.)

19. <u>Sheila Brownell, Individually and On Behalf of All Others Similarly Situated v. Sonus Networks, Inc., Hassan Ahmed, Ph.D. and Stephen Nill</u>, C.A. No. 04-10597, DPW (D. Mass.)

CERTIFICATE OF SERVICE

      I, Gregory F. Noonan, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

| | |
|---|---|
| Jeffrey C. Block<br>Michael T. Matraia<br>Shannon L. Hopkins<br>Berman, DeValerio, Pease, Tabacco,<br>Burt & Pucillo<br>One Liberty Square<br>Boston, MA 02109 | Richard A. Speirs<br>Shaye J. Fuchs<br>Zwerling, Schachter & Zwerling LLP<br>845 Third Avenue, Sixth Floor<br>New York, NY 10022 |
| Robert S. Frank Jr.<br>John R. Baraniak Jr<br>Choate Hall & Stewart<br>Exchange Place Building<br>53 State Street<br>Boston, MA 02109 | Thomas J. Dougherty<br>Matthew J. Matule<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Beacon Street<br>Boston, MA 02108 |

                                            /s/ Gregory F. Noonan_____
                                            Gregory F. Noonan

Dated: April 23, 2004